matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the plaintiff's appeal is hereby dismissed. *William J. George,* for Plaintiffs. *Thomas F. Fogarty, Jr.,* for defendant.

Appeal No. 76-7. IN RE MENTAL HEALTH PETITION #4. The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the defendant's appeal is hereby dismissed. *Paul J. Pisano,* for plaintiff. *Carmine A. Rao,* Mental Health Advocate, for defendant.

Appeal No. 76-8. JOSEPH J. BEVILACQUA, M.D., *Director of Mental Health, Retardation and Hospitals v.* ANTHONY SILVA. The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the defendant's appeal is hereby dismissed. *Paul J. Pisano,* for plaintiff. *Carmine A. Rao,* Mental Health Advocate, for defendant.

Appeal No. 76-39. ELIZABETH ROSSI *v.* ANTHONY ROSSI. The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the respondent's appeal is hereby dismissed. *Charles Butterfield, Jr.,* for petitioner. *Joseph A. Capineri,* for respondent.

Appeal No. 76-47. RICHARD A. SULLIVAN, JR., *et al. v.* JOHN E. FARIA, *et al.* The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should